```
 1  MICHAEL C. MILLS, ESQ.
    Nevada Bar No. 003534
 2  BAUMAN LOEWE WITT & MAXWELL
    3650 N. Rancho Drive, Suite 114
 3  Las Vegas, NV 89130
    Phone: 702-240-6060
 4  Fax: 702-240-4267
    Email: mmills@blwmlawfirm.com
 5

 6  Attorneys for Defendant,
    Bodega Latina Corporation
 7  dba El Super

 8
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUZ T. MACIAS, Individually, | Case No.: 2:17-cv-02347-APG-PAL |
| Plaintiff, | |
| vs. | |
| BODEGA LATINA CORPORATION, d/b/a EL SUPER, a Foreign Corporation; DOES 1 through 20; ROE CORPORATIONS 1 through 20, inclusive, | |
| Defendant. | |

### STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND DEADLINES
### (First Request)

Plaintiff Isabel Torres *In Proper Person* and Defendant Bodega Latina Corporation, by and through their counsel, and pursuant to Local Rule 26-4, stipulate to modify their discovery plan as follows:

1. Plaintiff filed her Complaint on August 1, 2017 in the Eighth Judicial District Court, Case No. A-17-759247-C. Defendant filed their Answer and Jury Demand on August 24, 2017. This case was removed to the United States District Court on September 7, 2017. Plaintiff's counsel filed a Motion to Withdraw and it was granted on October 23, 2017. A status hearing was held on January 4, 2018.

2. The parties held their F.R.C.P. 26 conference on January 5, 2018 and filed their Stipulated Discovery Plan and Scheduling Order on January 17, 2018. In this original plan, the parties agreed to the following dates:

| | |
|---|---|
| Last Day to Amend Pleadings: | 04/04/2018 |
| Expert Disclosure Deadline: | 05/04/2018 |
| Interim Status Report Deadline: | 05/04/2018 |
| Rebuttal Expert Disclosure: | 06/04/2018 |
| Discovery Cut-Off: | 07/03/2018 |
| Dispositive Motions Deadline: | 08/02/2018 |
| Pre-Trial Order: | 09/04/2018 |

The initial discovery plan was signed by United States Magistrate Peggy A. Leen, January 23, 2018.

3. In compliance with Local Rule 26-4, the parties provide the following information regarding the discovery status:

(a) Discovery Completed pursuant to Fed. R. Civ. P. 26(a):

**Defendants:**

| | |
|---|---|
| Interrogatories to Plaintiff | 11/01/2017 |
| Request for Production to Plaintiff | 11/01/2017 |
| Initial Disclosure | 11/03/2017 |
| First Supplemental Disclosure | 01/22/2018 |
| Second Supplemental Disclosure | 02/27/2018 |
| Third Supplemental Disclosure | 03/28/2018 |
| Fourth Supplemental Disclosure | 04/16/2018 |

**Plaintiffs:**

| | |
|---|---|
| Initial Disclosure | 10/02/2017 |
| Plaintiff's Answers to Interrogatories | 03/09/2018 |
| Plaintiff's Responses to Request | |

to Produce                                          03/09/2018

(b)   Discovery that remains to be completed:

- Defendant needs to obtain Plaintiff's remaining medical records.
- Defendant needs to schedule an Independent Medical Examination of Plaintiff.
- The parties need to designate experts and rebuttal experts and exchange reports.
- The parties need to conduct the depositions of Plaintiff and Defendant.
- The parties need to conduct the depositions of Plaintiff's experts and Defendant's experts.

(c)   Reasons why discovery was not completed:

It took longer than was expected to gather all of Plaintiff's medical records and we are still gathering the medical records.

Plaintiff has been on maternity leave.

Defendant is still awaiting receipt of medical records and imaging studies from the radiologists and medical providers. But better than 50% of the records have been received.

The parties propose a 45-day extension to complete the remaining discovery. those dates will be:

| | |
|---|---|
| Last Day to Amend Pleadings: | 05/21/2018 |
| Expert Disclosure Deadline: | 06/18/2018 |
| Interim Status Report Deadline: | 06/18/2018 |
| Rebuttal Expert Disclosure: | 07/19/2018 |
| Last Day to Amend DPSO: | 07/30/2018 |
| Discovery Cut-Off: | 08/17/2018 |
| Dispositive Motions Deadline: | 09/17/2018 |
| Pre-Trial Order: | 10/19/2018 |

## CONCLUSION

For the foregoing reasons, the parties herein respectfully request this Honorable Court to enter its Order to Extend Discovery Plan and Deadlines.

Approved as to form and content:

Dated: May 2nd, 2018

/s/ Luz T. Macias
_____
LUZ MACIAS
1936 Sunset Circle, Apt. F
Henderson, NV 89011
Phone: 702-612-1068
Email: lmacias@lvnvlaw.com
In Proper Person

Dated: May 2nd, 2018

BAUMAN LOEWE WITT & MAXWELL, PLLC

/s/ Michael C. Mills
_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorney for Defendant
Bodega Latina Corporation, dba El Super

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE,
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

DATED: May 8, 2018