1 MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
2 BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Drive, Suite 114
3 Las Vegas, NV 89130
Phone: 702-240-6060
4 Fax: 702-240-4267
Email: mmills@blwmlawfirm.com
5

6 Attorneys for Defendant,
Bodega Latina Corporation
7 dba El Super

8

9                 UNITED STATES DISTRICT COURT

10                       DISTRICT OF NEVADA

11 LUZ T. MACIAS, Individually,       Case No.: 2:17-cv-02347-APG-PAL

12

13      Plaintiff,

14           vs.

15 BODEGA LATINA CORPORATION, d/b/a
EL SUPER, a Foreign Corporation; DOES
16 1 through 20; ROE CORPORATIONS 1
through 20, inclusive,
17

18
     Defendant.
19

20

21 **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ITS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT [ECF 32]**
22
**AND**
23 **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION TO REOPEN DISCOVERY**
24 **[ECF 34]**

25

26     Plaintiff Luz Macias and Defendant Bodega Latina Corporation, hereby Stipulate

27 that Defendant may have an extension of time in which to file its Reply to Plaintiff's

28

| | |
|---|---|
| 1 | Opposition to Defendant's Motion for Summary Judgment [ECF 32] up to and including |
| 2 | October 2, 2018. |

Plaintiff Luz Macias and Defendant Bodega Latina Corporation, hereby Stipulate that Defendant may have an extension of time in which to file its Response to Plaintiff's Motion to Reopen Discovery [ECF 34] up to and including October 2, 2018.

Approved as to form:

| Dated this 28th day of September 2018 | Dated this 28th day of September 2018 |
|---|---|
| BARRON & PURITT, LLP | BAUMAN LOEWE WITT & MAXWELL |
| /s/ Joseph R. Meservy | /s/ Michael C. Mills |
| JOSEPH R. MESERVY, ESQ.<br>Nevada Bar No. 014088<br>3890 West Ann Road<br>North Las Vegas, N 89031-4416<br>Phone: 702-870-3940<br>Fax: 702-870-3950<br>Attorneys for Plaintiff,<br>Luz Macias | MICHAEL C. MILLS, ESQ.<br>Nevada Bar No. 003534<br>3650 N. Rancho Dr., Ste. 114<br>Las Vegas, NV 89130<br>Phone: 702-240-6060<br>Fax: 702-240-4267<br>Attorneys for Defendant, Bodega Latina Corporation |

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Stipulation to Extend hereinabove is hereby Granted.

DATED this __9th__ day of __October__, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE,
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

STIPULATION AND ORDER
- PAGE 2 OF 2 -

3151922v1