**SAO**
**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: BPruitt@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| LUZ T. MACIAS, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION d/b/a EL SUPER, a Foreign Corporation; DOES 1 through 20; ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02347-APG-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HER REPLY IN SUPPORT OF HER COUNTERMOTION TO REOPEN DISCOVERY** |

Plaintiff Luz Macias and Defendant Bodega Latina Corporation, hereby Stipulate that Plaintiff may have an extension of time in which to file her Reply in Support of Her Countermotion to Reopen Discovery [ECF 34] & [ECF 41] up to and including October 16, 2018.

DATED this 9th of October, 2018.　　　　　　　DATED this 9th of October, 2018.

BARRON & PRUITT, LLP　　　　　　　　　　BAUMAN LOWEWE WITT & MAXWELL

*/s/ Joseph R. Meservy*　　　　　　　　　　　　 */s/ Michael C. Mills*
WILLIAM H. PRUITT, ESQ.　　　　　　　　　MICHAEL C. MILLS, ESQ.
Nevada Bar No. 6783　　　　　　　　　　　　3650 N. Rancho Dr., Ste. 114
JOSEPH R. MESERVY, ESQ.　　　　　　　　Las Vegas, NV 89130
Nevada Bar No. 14088　　　　　　　　　　　Phone: 702-240-6060
3890 West Ann Road　　　　　　　　　　　　Fax: 702-240-4267
North Las Vegas, Nevada 89031　　　　　　 *Attorney for Defendants*
*Attorneys for Plaintiff*

1

627.67

**ORDER**

Based upon the Stipulation of the parties hereto, and with good cause appearing therefor, IT IS HEREBY ORDERED, that the Stipulation to Extend hereinabove is hereby Granted.

DATED this 11th day of October, 2018.

_____
U.S. DISTRICT COURT MAGISTRATE JUDGE