**SAO**
**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: BPruitt@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| LUZ T. MACIAS, Individually, | Case No.: 2:17-cv-02347-APG-PAL |
| Plaintiff, | **SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HER REPLY IN SUPPORT OF HER COUNTERMOTION TO REOPEN DISCOVERY** |
| vs. | |
| BODEGA LATINA CORPORATION d/b/a EL SUPER, a Foreign Corporation; DOES 1 through 20; ROE CORPORATIONS 1 through 20, inclusive, | |
| Defendants. | |

Plaintiff Luz Macias and Defendant Bodega Latina Corporation, hereby Stipulate that Plaintiff may have an extension of time in which to file her Reply in Support of Her Countermotion to Reopen Discovery [ECF 34] up to and including October 19, 2018.

DATED this 16th day of October, 2018.   DATED this 16th day of October, 2018.

BARRON & PRUITT, LLP                              BAUMAN LOWEWE WITT & MAXWELL

  __/s/ Joseph Meservy_____                 ___/s/ Michael Mills _____
WILLIAM H. PRUITT, ESQ.                           MICHAEL C. MILLS, ESQ.
Nevada Bar No. 6783                               3650 N. Rancho Dr., Ste. 114
JOSEPH R. MESERVY, ESQ.                           Las Vegas, NV 89130
Nevada Bar No. 14088                              Phone: 702-240-6060
3890 West Ann Road                                Fax: 702-240-4267
North Las Vegas, Nevada 89031                     *Attorney for Defendants*
*Attorneys for Plaintiff*

1

627.67

## ORDER

Based upon the Stipulation of the parties hereto, and with good cause appearing therefor, IT IS HEREBY ORDERED, that the Stipulation to Extend hereinabove is hereby Granted.

DATED this 17th day of October, 2018.

_____
U.S. DISTRICT COURT MAGISTRATE JUDGE