**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: BPruitt@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| LUZ T. MACIAS, Individually, | Case No.: 2:17-cv-02347-APG-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| BODEGA LATINA CORPORATION d/b/a EL SUPER, a Foreign Corporation; DOES 1 through 20; ROE CORPORATIONS 1 through 20, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LUZ T. MACIAS,

by and through her attorney of record Joseph R. Meservy, Esq. of BARRON & PRUITT, LLP and

Defendant BODEGA LATINA CORPORATION d/b/a EL SUPER, by and through its attorney

///

///

///

///

///

///

///

///

///

1

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

Michael C. Mills, Esq. of the law firm BAUMAN LOEWE WITT & MAXWELL, that the above entitled action be dismissed in its entirety, with prejudice, each party to bear its own costs and fees.

DATED this 26th day of April, 2019

BARRON & PRUITT, LLP

*/s/ Joseph R. Meservy*
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Plaintiff*

DATED this 26th day of April, 2019

BAUMAN LOEWE WITT & MAXWELL

*/s/ Michael C. Mills*
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 3534
3650 North Rancho Drive, Suite 114
Las Vegas, Nevada 89130
*Attorneys for Defendant*

## **ORDER**

Based upon the Stipulation of the parties hereto, and with good cause appearing therefor,

IT IS HEREBY ORDERED, that the foregoing Stipulation and Order for Dismissal with Prejudice is GRANTED.

Dated: April 29, 2019.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

BARRON & PRUITT, LLP

*/s/ Joseph R. Meservy*
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Plaintiff*

2

443.77